IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK BONADIO, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>COMPASSUS OF INDIANA I, LLC, )<br>)<br>Defendant ) | Cause No.: 1:22-cv-02095 |

PLAINTIFF'S COMPLAINT FOR DAMAGES
AND REQUEST FOR JURY TRIAL

Comes now Plaintiff, Mark Bonadio, by counsel, and as his Complaint for Damages against Defendant, states as follows:

PARTIES, JURISDICTION AND VENUE

1. Plaintiff, Mark Bonadio, is a resident of Marion County in the State of Indiana and a former employee of Defendant.

2. Defendant, Compassus of Indiana I, LLC, (hereinafter "Compassus" or "Defendant") is an employer as defined by 42 U.S.C. § 2000e(b), which conducts business in Marion County in the State of Indiana.

3. Mr. Bonadio filed a Charge of Discrimination (Charge 470-2022-01216) with the Equal Employment Opportunity Commission ("EEOC") on or about December 21, 2021, alleging, *inter alia*, that Defendant had violated his rights under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*.

4. The Equal Employment Opportunity Commission issued to Mr. Bonadio a 90-day Right to Sue letter on September 20, 2022.

5. Mr. Bonadio invokes this Court's federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a).

6. Venue in this Court is proper pursuant to 28 U.S.C. § 1391.

General Facts & Specific Allegations

7. Plaintiff, who was employed by the Defendant as an occupational therapist since October 2020, is a follower of the Christian sect known as Sophia Perennis.

8. On or about October 8, 2021, Defendant notified Plaintiff that it was mandating Covid-19 vaccines for all employees no later than November 12.

9. Plaintiff's informed Defendant that taking the vaccine violated his sincerely held religious beliefs.

10. Plaintiff further informed Defendant that he had recently recovered from Covid-19 and had natural immunity.

11. On October 15, Defendant's Regional Vice President of Operations terminated Plaintiff's employment immediately after he expressed his intent to invoke a religious exemption to the mandate.

**<u>Count I</u>**
**<u>Title VII - Religion</u>**

12. Plaintiff incorporates by reference Paragraphs one through eleven (11) above.

13. Defendant discriminated against Mr. Bonadio on the basis of his religion when it insisted that he get vaccinated in violation of his sincerely held religious beliefs, and terminated his employment when he did not do so.

14. Mr. Bonadio's religion was the motivating factor in Defendant's treatment of him, and his eventual termination.

15. These actions violated Mr. Bonadio's rights and were in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq*.

16. As a result of the foregoing, Mr. Bonadio has sustained damages including, but not limited to, lost wages and benefits, emotional suffering, anguish, embarrassment and humiliation.

17. As a result of Defendant's actions, Mr. Bonadio has incurred attorney fees and costs.

18. Defendant's actions were done with malice or willful reckless disregard to Mr. Bonadio's rights.

WHEREFORE, Plaintiff prays for judgment against Defendant, an award of damages sufficient to compensate Plaintiff for his injuries, including lost pay and benefits, compensatory damages, punitive damages, and for an award of Plaintiff's attorney fees and costs incurred, and for all other appropriate relief.

## Count II
## Retaliation

19. Plaintiff Incorporates by reference Paragraphs one through eighteen (18) above.

20. Defendant retaliated against Ms. Bonadio for complaining of religious discrimination and announcing his intent to file a religious exemption in response to Defendant's mandate.

21. Defendant further terminated Plaintiff in retaliation for announcing his intent to file a religious exemption based on his sincerely held religious beliefs.

22. Plaintiff's complaints of discrimination and protected activities are the motivating factors behind Plaintiff's termination.

23. As a result of the foregoing, Mr. Bonadio has sustained damages including, but not limited to, lost wages and benefits, emotional suffering, anguish, embarrassment and humiliation.

24. As a result of Defendant's actions, Mr. Bonadio has incurred attorney fees and costs.

25. Defendant's actions were done with malice or willful reckless disregard to Mr. Bonadio's rights.

WHEREFORE, Plaintiff prays for judgment against Defendant, an award of damages sufficient to compensate Plaintiff for his injuries, including lost pay and benefits, compensatory damages, and for an award of Plaintiff's attorney fees and costs incurred, and for all other appropriate relief.

Respectfully submitted,

HENN HAWORTH CUMMINGS + PAGE

/s/ Paul J. Cummings
Paul J. Cummings, 22714-41

### REQUEST FOR JURY TRIAL

Plaintiff, by counsel, respectfully requests this cause be tried by jury.

Respectfully submitted,

HENN HAWORTH CUMMINGS + PAGE

/s/ Paul J. Cummings
Paul J. Cummings, 22713-41

HENN HAWORTH CUMMINGS & PAGE
1634 W. Smith Valley Road - Suite B
Greenwood, IN  46143
(317) 885-0041;
(888) 308-6503 Fax